USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

THE NATIONAL RETIREMENT FUND and
THE BOARD OF TRUSTEES OF THE
NATIONAL RETIREMENT FUND, each on
behalf of the Legacy Plan of the National
Retirement Fund,

                              Plaintiffs,

-against-

METZ CULINARY MANAGEMENT, INC.,

                              Defendant.

-------------------------------------------------------------- X

16-CV-2408 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court of Appeals for the Second Circuit has issued a mandate remanding the case to this Court "to enter judgment for the appellant and to remand any remaining issues to Arbitrator Jaffe," Dkt. 56;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter judgment in favor of Defendant;

2. Any remaining issues are remanded to arbitration.

**SO ORDERED.**

Date: January 28, 2020
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**