UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NATIONAL RETIREMENT FUND and
THE BOARD OF TRUSTEES OF THE
NATIONAL RETIREMENT FUND, each on
behalf of the Legacy Plan of the National
Retirement Fund,

                    Plaintiffs,

     -v-

METZ CULINARY MANAGEMENT, INC.,
                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

16 **CIVIL** 2408 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 28, 2020, judgment is entered in favor of Defendant. Any remaining issues are remanded to arbitration.

**Dated:** New York, New York
         January 31, 2020

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

      **BY:**
                                          **Deputy Clerk**